IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:15-cv-00040-BO

| | |
|---|---|
| EARL EDWARD SCOFIELD, III, individually, and on behalf of all others similarly situated,<br><br>                                 Plaintiff,<br><br>v.<br><br>ANTHEM, INC., and ANTHEM INSURANCE COMPANIES, INC.,<br><br>                                 Defendants. | **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE SECTION 1407 TRANSFER MOTION** |

This matter came before the Court on Plaintiff Edward Scofield, III and Defendants Anthem, Inc. and Anthem Insurance Companies, Inc.'s Joint Motion to Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion and the Memorandum in Support. The Court, being duly advised and finding good cause for the granting of such motion, hereby GRANTS the Joint Motion to Stay Proceedings.

IT IS HEREBY ORDERED THAT this action and all deadlines are stayed until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion for MDL centralization in *In re: Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617 and either (a) a scheduling order is entered by the United States District Court to which the JPML transfers this case governing further proceedings in this case, or (b) if centralization is denied, 21 days after the JPML acts.

SO ORDERED this 3 day of April, 2015.

The Honorable Terrence W. Boyle
United States District Court Judge
Eastern District of North Carolina